## Case No. 8,846.

### McKAY v. MORRILL.

[Nowhere reported; opinion not now accessible.]